## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 27, 2024

John Doe
103 Cypress Court
White House, TN 37188

Re:  Case No. 24-5280, *John Doe, et al v. TN, et al*
Originating Case No. : 3:18-cv-00471

Dear Mr. Doe,

Your notice of appeal was received in the district court without your signature. Please sign and return *to this Court* the enclosed copy of your notice of appeal. The deadline for returning this document to the above address is **April 10, 2024.**

Failure to comply may result in the dismissal of this appeal without further notice.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Mr. Jordan Crews
     Jane Doe
     Mr. Daniel Mark Nolan

Enclosure